Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMAN YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, et. al. <br><br> Defendant(s) | Case No.: 2-24-cv-01 277-JNW <br><br> ORDER TO WITHDRAW UNREDACTED DOCUMENTS AND REFILE REDACTED DOCUMENTS |

Upon consideration of Plaintiff's Motion to Withdraw Boeing's unredacted investigation Exhibits reports, which were Sealed by this Court's Clerk on 9-23-2025, and file Redacted Versions, and for good cause shown, it is hereby ORDERED:

1. Defendant Boeing shall produce redacted versions of the ten disciplinary records referenced in its REPLY Summary Judgment brief, filed 7-9-2025, removing only personally identifiable information including names and badge numbers.

2. These redacted records shall be filed under seal within seven (7) days of this Order in reference to Plaintiff's Supplemental Memorandum in Opposition for Summary Judgment filed on 9-19-2025.

3. Plaintiff's counsel shall be granted access to the redacted records, subject to the terms of the existing protective order.

2-24-CV-01 277-JNW
ORDER TO WITHDRAW
UNREDACTED DOCUMENTS AND
REFILE REDACTED
DOCUMENTS

MIRIAM E. MILLER, ATTORNEY
412 11TH AVE., STE.208
SEATTLE, WA 98122 (206) 329-0274
BMILLERSEATTLE1948@GMAIL.COM

IT IS SO ORDERED.

**DATED 10-07-2025**     _____
                          Jamal N. Whitehead
                          United States District Court Judge

| | |
|---|---|
| 2-24-CV-01 277-JNW | MIRIAM E. MILLER, ATTORNEY |
| ORDER TO WITHDRAW | 412 11TH AVE., STE.208 |
| UNREDACTED DOCUMENTS AND | SEATTLE, WA 98122 (206) 329-0274 |
| REFILE REDACTED | BMILLERSEATTLE1948@GMAIL.COM |
| DOCUMENTS | |

# CERTIFICATE OF SERVICE

**I certify that on 9-25-2025, I served** by **electronic** means, through the Court's Case Management/Electronic Case File system, the aforementioned document to each person listed below:

**DATED: 9-25-2025**     OGLETREE, DEAKINS, NASH, SMOAK & STEWART
*/s/ Laurence C. Shapero*
Laurence C. Shapero WSBA #31321
*/s/ Sarah Jung Evans*
1221 Third Avenue, Suite 5150
Seattle, Washington 98101
(206)-876-5317
laurence.shapero@ogletree.com
sarah.evans@atogletree.com

2-24-CV-01 277-JNW
ORDER TO WITHDRAW
UNREDACTED DOCUMENTS AND
REFILE REDACTED
DOCUMENTS

MIRIAM E. MILLER, ATTORNEY
412 11TH AVE., STE.208
SEATTLE, WA 98122 (206) 329-0274
BMILLERSEATTLE1948@GMAIL.COM