Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HERMAN YOUNG,

    Plaintiff,

v.

THE BOEING COMPANY, and JARED ALEXANDER, Supervisor, Jointly and Severally,

    Defendants.

Case No. 2:24-cv-01277-JNW

**STIPULATED MOTIONS *IN LIMINE* AND ORDER**

**NOTED ON MOTION CALENDAR:**
**November 12, 2025**

## STIPULATED MOTIONS IN LIMINE

The parties hereby jointly move *in limine* for entry of the following described orders. Pursuant to LCR 7(d)(5), the undersigned counsel certify that they conducted a videoconference before filing this motion. The parties will separately submit their disputed motions *in limine*.

    **1. Exclude Testimony from Plaintiff's Counsel.**

Plaintiff's counsel testified during Plaintiff's deposition and purported to provide argument as testimonial evidence in the Declaration of Miriam E. Miller in Support of Plaintiff's Motion to Supplement Opposition to Summary Judgment Out of Time (4 Days). The parties agree that any such purported testimonial evidence put forth by Plaintiff's counsel is inadmissible at trial. FREs 401-403, 601-602.

    **2. Exclude Evidence, Arguments or Reference to Medical Records from Plaintiff's On The Job Injury.**

The parties agree that Plaintiff's medical records related to his on the job injury including

STIPULATED MOTIONS IN LIMINE AND ORDER - 1
Case No. 2:24-cv-01277-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

records related to his workers' compensation claim are inadmissible at trial pursuant to FREs 401-403.

**3. Exclude Evidence, Testimony, or Argument Related to Claims Dismissed on Summary Judgment.**

The parties agree that evidence, testimony, or argument related to any of Plaintiff's claims that have been dismissed on summary judgment by the time of trial are inadmissible at trial pursuant to FREs 401-403.

IT IS SO STIPULATED this 11th day of November 2025.

| | |
|---|---|
| MIRIAM E. MILLER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: */s/ Miriam E. Miller* <br> Miriam E. Miller, WSBA #14460 <br> Attorney at Law <br> 412 11th Avenue, Ste. 208 <br> Seattle, WA 98122 <br> Phone: 206-329-0274 <br> Email: bmillerseattle1948@gmail.com <br><br> *Attorney for Plaintiff Herman Young* | By: */s/ Laurence A. Shapero* <br> By: */s/ Kathryn P. Fletcher* <br> By: */s/ Sarah Jung Evans* <br> Laurence A. Shapero, WSBA #31301 <br> Kathryn P. Fletcher, WSBA #22108 <br> Sarah Jung Evans, WSBA No. 37409 <br> 1201 Third Avenue, Suite 5150 <br> Seattle, WA 98101 <br> Telephone: (206) 693-7057 <br> Facsimile: (206) 693-7058 <br> Email: laurence.shapero@ogletree.com <br> kathy.fletcher@ogletree.com <br> sarah.evans@ogletree.com <br><br> *Attorneys for Defendant The Boeing Company.* <br><br> I certify that this memorandum contains 201 words, in compliance with the Local Civil Rules. |

STIPULATED MOTIONS IN LIMINE AND ORDER - 2
Case No. 2:24-cv-01277-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**ORDER**

Pursuant to the foregoing Stipulated Motion, IT IS SO ORDERED.

Dated this 12th day of November 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

STIPULATED MOTIONS IN LIMINE AND ORDER - 3
Case No. 2:24-cv-01277-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058